IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 07- 638-GMS |
| | : |
| THE REAL PROPERTY KNOWN AS | : |
| 1517 DELAWARE AVENUE, | : |
| WILMINGTON, DELAWARE | : |
| | : |
| Defendant *in rem*. | : |

**NOTICE OF DISMISSAL**

The United States, by and through Colm F. Connolly, United States Attorney, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the above captioned action.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

Lesley F. Wolf
Assistant United States Attorney
United States Attorney's Office
1007 N. Orange Street, Suite 700
Wilmington, Delaware 19801
(302) 573-6277

Dated: July 29, 2008